

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A.,** a child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On May 22, 2015, appellant's counsel filed a motion to withdraw as counsel in this appeal. However, the motion filed by counsel fails to substantially comply with all of the requirements of Rule 6.5 of the Texas Rules of Appellate Procedure. Rule 6.5(a) requires that a motion to withdraw contain (1) a list of current deadlines and settings in the case [Rule 6.5(a)(1)]; (2) the party's telephone number [Rule 6.5(a)(2)]; and (3) a statement that the party was notified in writing of the right to object to the motion [Rule 6.5(a)(4)]. TEX. R. APP. P. 6.5(a). The motion filed by counsel fails to contain the above-mentioned items. Additionally, Rule 6.5(b) requires that a motion to withdraw be delivered to the party in person or mailed—both by certified and first-class mail—to the party at the party's last known address. TEX. R. APP. P. 6.5(b). The motion to withdraw filed by counsel does not show that this requirement has been satisfied. For these reasons, counsel's motion to withdraw is DENIED without prejudice.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court